**Brita Steiner, Plaintiff-Appellee, v. Frank J. Steiner, Defendant-Appellant.**

**Gen. No. 11,795.**

Second District, Second Division.

December 5, 1963.

Berry & Simmons, both of Rockford, for appellant; Haye & Keegan and Russell J. Goldman, both of Rockford (Thomas A. Keegan, of counsel), for appellee. Opinion by JUDGE SPIVEY. Not to be published in full.